IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In Re: )
)
WEBER, ROBERT MARION ) Case No. 18-41626
WEBER, CAROL JEAN )
)
Debtors. )

## TRUSTEE'S MOTION TO EMPLOY ATTORNEY

COMES NOW the duly qualified and acting Trustee, Robert L. Baer, and moves the Court for an Order appointing and employing Robert L. Baer as attorney for the Trustee in the above-captioned matter. In support of this request, the Trustee alleges and states as follows:

1. That applicant is the duly qualified and acting Trustee in this case.

2. That to perform his duties as Trustee, applicant requires the services of Robert L. Baer for the following purposes:

   A. To advise and consult with applicant concerning questions arising in the conduct of the administration of the estate and concerning applicant's rights and remedies with regard to the estate's assets and the claims of secured, preferred and unsecured creditors and other parties in interest;

   B. To appear for, prosecute, defend and represent applicant's interest in suits arising in or related to this case;

   C. To investigate and prosecute preference and other actions arising under the Trustee's avoiding powers;

   D. To assist in the preparation of such pleadings, motions, notices and orders as are required for the orderly administration of this estate; and

   E. To prepare tax returns as are required and to advise and consult with the applicant concerning tax matters.

3. For the foregoing and all other necessary and proper purposes, applicant desires to retain generally Robert L. Baer as counsel for the Trustee.

4. Because Robert L. Baer has extensive experience in bankruptcy reorganization and debtor/creditor matters, applicant feels that Robert L. Baer is well qualified to render the foregoing services.

5. That based upon the declaration attached hereto, applicant believes that Robert L. Baer does not hold or represent any interest adverse to that of applicant or the estate and that Robert L. Baer is a disinterested person within the meaning of 11 U.S.C. §101(14). Applicant is informed that the normal hourly billing rates of Robert L. Baer at the time of this application is as follows:

| | |
|---|---|
| Robert L. Baer | $225 per hour; |
| Paralegals | $65 per hour. |

It is contemplated that Robert L. Baer will seek compensation based upon normal and usual hourly billing rates. It is further contemplated that Robert L. Baer will seek interim compensation of the case as permitted by 11 U.S.C. § 331.

6. The address of Robert L. Baer is 112 SW 6th Ave Suite 408, Topeka, Kansas 66603 and his EIN is 81-2647131.

7. To the best of applicant's knowledge, all the connections of Robert L. Baer with the Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee are only as set forth in the accompanying Affidavit.

WHEREFORE, applicant prays that he be authorized to employ Robert L. Baer to render services in the areas described above with compensation to be paid as an administrative expense in such amounts as this Court may hereinafter determine and allow.

Respectfully submitted:

s/ Robert L. Baer
Robert L. Baer #9387
112 SW 6th Ave Suite 408
Topeka, Kansas 66603
(785) 730-8542
Email: rbaertrustee@outlook.com
Chapter 7 Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2019, I caused a true and correct copy of the above and foregoing Trustee's Motion to Employ Attorney and a proposed Order thereon to be electronically sent or placed in the United States mail, first class, postage prepaid and properly addressed to those persons listed below.

NONE

s/ Robert L. Baer
Robert L. Baer #9387

## AFFIDAVIT OF PROPOSED ATTORNEYS

STATE OF KANSAS        )
                       ) SS:
COUNTY OF SHAWNEE      )

I, Robert L. Baer, hereby make solemn oath that:

1. I am an attorney at law duly admitted to practice in the State of Kansas and in this Court.

2. I maintain an office for the practice of law at 112 SW 6th Ave Suite 408, Topeka, Kansas 66603.

3. Robert L. Baer has extensive experience in bankruptcy reorganization and debtor/creditor law. He is well qualified to represent the Trustee generally herein, and is willing to accept employment on the basis set forth in the annexed application.

4. Robert L. Baer does not hold any interest adverse to the above-entitled estate and is a disinterested person as defined in 11 U.S.C. §101(14) and it is understood that there is continuing duty to disclose any such adverse interest.

5. Excepting only that Robert L. Baer is a Chapter 7 panel trustee, to the best of Affiant's knowledge, he has no connection with the Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any other person employed in the office of the United States Trustee, or which results in a conflict of interest under the rules applicable to attorneys in the State of Kansas or which in the opinion of Affiant is material to the determination of disinterestedness or conflict.

I declare under penalty of perjury that the foregoing is true and correct.

s/ Robert L. Baer 
Robert L. Baer #9387

Subscribed and sworn to before me on this 14th day of February, 2019.

DONNA FITZPATRICK
My Appointment Expires
July 20, 2020

Notary Public

My commission expires: 7-20-20