| Case No: | 18-41626  DLS  Judge: DALE L. SOMERS | Trustee Name: | Robert L. Baer, Trustee |
|---|---|---|---|
| Case Name: | WEBER, ROBERT MARION | Date Filed (f) or Converted (c): | 12/28/18 (f) |
|  | WEBER, CAROL JEAN | 341(a) Meeting Date: | 01/28/19 |
| For Period Ending: | 04/23/19 | Claims Bar Date: | 05/28/19 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. Single-family home,<br>N61W23804 Sumac LaneSussex WI | 185,000.00 | 0.00 |  | 0.00 | FA |
| 2. 2017 Buick Encore | 15,880.00 | 0.00 |  | 0.00 | FA |
|   Debtor Claimed Exemption |  |  |  |  |  |
| 3. Furniture | 2,000.00 | 0.00 |  | 0.00 | FA |
|   Debtor Claimed Exemption |  |  |  |  |  |
| 4. Wedding Bands | 1,000.00 | 0.00 |  | 0.00 | FA |
|   Debtor Claimed Exemption |  |  |  |  |  |
| 5. Central National Bank | 50.00 | 0.00 |  | 0.00 | FA |
| 6. Central National Bank | 50.00 | 0.00 |  | 0.00 | FA |
| 7. Briggs & Stratton Retirement | 1,527.50 | 0.00 |  | 0.00 | FA |
|   Debtor Claimed Exemption |  |  |  |  |  |
| 8. Briggs and Stratton | 1,192.34 | 0.00 |  | 0.00 | FA |
|   Debtor Claimed Exemption |  |  |  |  |  |
| 9. RENT | 0.00 | 0.00 |  | 1,350.00 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $206,699.84 | $0.00 |  | $1,350.00 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee received pre-petition rent from Debtors and determined there are no assets of consequential value. Estate is
fully collected and the Trustee awaits the bar date.

| | |
|---|---|
| Case No: 18-41626 DLS Judge: DALE L. SOMERS | Trustee Name: Robert L. Baer, Trustee |
| Case Name: WEBER, ROBERT MARION | Date Filed (f) or Converted (c): 12/28/18 (f) |
| WEBER, CAROL JEAN | 341(a) Meeting Date: 01/28/19 |
| | Claims Bar Date: 05/28/19 |

Initial Projected Date of Final Report (TFR): 01/28/20   Current Projected Date of Final Report (TFR): 06/30/19

/s/   Robert L. Baer, Trustee
_____ Date: 04/23/19

ROBERT L. BAER, TRUSTEE
112 SW 6TH AVE SUITE 408
TOPEKA, KS  66603
Phone: (785) 730-8542
Email: rbaertrustee@outlook.com
Bar Number: 9387

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 18-41626 -DLS | | Trustee Name: | Robert L. Baer, Trustee |
|---|---|---|---|---|
| Case Name: | WEBER, ROBERT MARION | | Bank Name: | Axos Bank |
| | WEBER, CAROL JEAN | | Account Number / CD #: | *******1233 Checking Account |
| Taxpayer ID No: | *******8992 | | | |
| For Period Ending: | 04/23/19 | | Blanket Bond (per case limit): | $ 24,700,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/13/19 | 9 | ROBERT MARION WEBER<br>8781 NELLIE DR.<br>MANHATTAN, KS 66502 | PYMT OF RENT | 1122-000 | 1,350.00 | | 1,350.00 |

|  |  | |
|---|---|---|
| COLUMN TOTALS | 1,350.00 | 0.00 | 1,350.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 1,350.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 1,350.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********1233 | 1,350.00 | 0.00 | 1,350.00 |
| | 1,350.00 | 0.00 | 1,350.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  1,350.00  0.00